UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JONATHAN CLAYTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 4:04CV00656 ERW |
| ) | |
| MIDAS, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

On **February 9, 2005**, this Court ordered Plaintiff to show cause why the complaint against defendants **Midas, Inc.; J&D Logan, Inc.; James Logan and Debbie Logan** should not be dismissed without prejudice for failure to cause service of process to issue.  Plaintiff has failed to respond to this Court's Order and has not provided the Court with completed marshals and summons forms containing alternative addresses for each of these defendants to be served by the February 23, 2005 deadline

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's complaint against defendants **Midas, Inc.; J&D Logan, Inc.; James Logan and Debbie Logan**, is **DISMISSED** without prejudice pursuant to Rule 4(m), Fed.R.Civ.P.

So Ordered this  1st day of  March , 2005.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE